1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSE HERNANDEZ,                    )   Case No.: 1:24-cv-0475 JLT SAB
                                          )
12                    Petitioner,         )   ORDER ADOPTING IN FULL THE FINDINGS
                                          )   AND RECOMMENDATIONS, DENYING THE
13         v.                             )   PETITION FOR WRIT OF HABEAS CORPUS,
                                          )   AND DIRECTING THE CLERK OF COURT TO
14    PATRICK COVELLO,                    )   CLOSE THE CASE
                                          )
15                    Respondent.         )   (Doc. 13)
                                          )
16    _____ )

17         Jose Hernandez, a state prisoner, is proceeding pro se with a petition for writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254, asserting ineffective assistance of trial counsel because his attorney

19    failed to object to the prosecution's introduction of certain evidence during closing arguments.  (Doc. 1

20    at 5.)  The magistrate judge found "it was not objectively unreasonable for the state court to find that

21    Petitioner had not demonstrated there was a reasonable probability that the result of the proceeding

22    would have been different if counsel had objected to the prosecutor's alleged misconduct."  (Doc. 13 at

23    14; *see also id.* at 8-14.)  Therefore, the magistrate judge determined that "Petitioner is not entitled to

24    habeas relief for ineffective assistance of counsel," and recommended the petition be denied.  (*Id.*)

25         The Court served the Findings and Recommendations on Petitioner and notified him that any

26    objections were due within 30 days.  (Doc. 13 at 15.)  The Court advised him that the "failure to file

27    objections within the specified time may waive the right to appeal the District Court's order."  (*Id.*,

28    citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Petitioner did not file objections,

and the time to do so has passed.  According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

The Court must also determine whether a certificate of appealability should issue.  A court may issue a certificate of appealability where the petitioner has "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).  If a court denies a habeas petition on the merits, a certificate of appealability will only issue "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."  *Miller-El*, 537 U.S. at 327 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). While Petitioner is not required to prove the merits, he must demonstrate "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Id.* at 323-24 (citing *Slack*, 529 U.S. at 1039-1040).  This requires Petitioner to show "something more than the absence of frivolity or the existence of mere good faith on his or her part."  *Id.* at 338 (internal quotation marks omitted).  The Court finds reasonable jurists would not find its determination that the petition should be denied is debatable or wrong, or that Petitioner should be allowed to proceed. Petitioner did not make the required "substantial showing" of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).  For this reason, the Court declines to issue a certificate of appealability.  Accordingly, the Court **ORDERS**:

1.   The Findings and Recommendations dated August 22, 2024 (Doc. 13) are **ADOPTED** in full.

2.   The petition for writ of habeas corpus is **DENIED**.

3.   The Court declines to issue a certificate of appealability.

4.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 16, 2024**

UNITED STATES DISTRICT JUDGE

2